**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Claudio DOMINGUEZ–GAMBOA,**
**Defendant–Appellant.**

**No. 12–41392**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Molly Estelle Odom, Esq., Assistants Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Jose Claudio Dominguez–Gamboa, Yazoo City, MS, pro se.

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Claudio Dominguez–

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Gamboa (Dominguez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Dominguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.